ERIC HEIMANN
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 FEB 10 AM 11:41

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE INSPECTOR GENERAL, <br><br>Petitioner, <br><br>v. <br><br>WYOMING DEPARTMENT OF FAMILY SERVICES, <br><br>Respondent. | ) ) ) ) ) ) ) ) ) Case No. 25-MC-26-SWS ) ) ) ) ) ) |

## PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA *DUCES TECUM*

Petitioner, the Social Security Administration ("Inspector"), Office of the Inspector General ("SSA-OIG"), respectfully petitions the Court to issue an order directing Respondent, the Wyoming Department of Family Services ("DFS"), to produce records responsive to an administrative subpoena *duces tecum* issued by SSA-OIG as part of a federal criminal investigation under 18 U.S.C. § 641. Attached in support of this Petition is the Inspector's Brief in Support of Petition to Enforce Administrative Subpoena *Duces Tecum* and supporting Exhibits.

## JURISDICTION AND VENUE

1.      The Inspector General Act of 1978 ("IG Act") authorizes the Inspector "to make such investigations . . . relating to the administration of the programs and operations" of SSA. 5 U.S.C. § 406(a)(2).

2.      The IG Act further confers the authority "to require by subpoena the production of all information, documents . . . necessary in the performance of the functions assigned by this chapter." *Id.* at (a)(4).

3.      This Court has subject matter jurisdiction over this petition under 28 U.S.C. §§ 1331, 1345, and 5 U.S.C. § 406(a)(4), which provides that subpoenas issued by Inspectors General under the Inspector General Act of 1978 "shall be enforceable by order of any appropriate United States district court."

4.      Mark Franco is the Deputy Assistant Inspector General for Investigations ("DAIGI"), who, among others, has delegated authority from the Inspector to issue administrative subpoenas under the IG Act. On April 16, 2024, DAIGI Franco issued the subject subpoena *duces tecum* ("Subpoena") and the Subpoena was served upon Respondent.

5.      Respondent, at all relevant times herein, is and has been, a Wyoming state entity.

6.      Venue is proper in the District of Wyoming under 28 U.S.C. § 1391(b)(1)-(b)(2), because Respondent resides in this district, and because the SSA-OIG subpoena at issue seeks documents in Respondent's possession.

## INVESTIGATION AND RESPONDENT'S OBJECTION

7.      In March 2024, SSA-OIG initiated an investigation into whether a representative payee received and used Social Security payments on behalf of minor children for which the representative payee was not eligible.

8.      On April 16, 2024, SSA-OIG issued the Subpoena. A true and correct copy of the subpoena is attached hereto as Exhibit A.

9.      Petitioner served Respondent via email on April 18, 2024. The Subpoena sought records pertaining to two minor children and their custodial arrangements.

10.     On April 22, 2024, Respondent conveyed its intention to file a motion to quash the subpoena due to state confidentiality statutes.

11.     Following two virtual meetings, the parties amicably reached an understanding that Petitioner would file a Petition to Enforce Administrative Subpoena *Duces Tecum*.

## PRAYER FOR RELIEF

WHEREFORE, the Inspector prays that this Court enter an Order:

A.  Requiring Respondent to provide the subpoenaed documents no more than 30 days after issuance of the Order; and

B.  For such other relief the Court deems just and necessary.

DATED this 10th day of February 2025.

                                        Respectfully Submitted,

                                        ERIC HEIMANN
                                        United States Attorney

                                By:     _____
                                        C. LEVI MARTIN
                                        Assistant United States Attorney