STEPHANIE I. SPRECHER
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE INSPECTOR GENERAL, | ) ) ) |
| Petitioner, | ) ) ) Case No. 25-mc-26-SWS |
| v. | ) ) |
| WYOMING DEPARTMENT OF FAMILY SERVICES, | ) ) ) |
| Respondent. | ) ) |

### UNOPPOSED MOTION FOR ENTRY OF CONSENT ORDER

COMES NOW, Petitioner, the Social Security Administration, Office of the Inspector General, and moves this Court to grant the Petition by entering the attached *Consent Order*. Respondent does not oppose this motion and has, in fact, approved the *Consent Order* as to form.

Dated this 19th day of February 2025.

                                                      STEPHANIE I. SPRECHER
                                                      Acting United States Attorney

By:    */s/ C. Levi Martin*
          C. Levi MARTIN
          Assistant United States Attorney