FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 FEB 21  AM 8:13

MARGARET BOTKINS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE INSPECTOR GENERAL, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Case No. 25-mc-26-SWS<br>)<br>) |
| WYOMING DEPARTMENT OF FAMILY SERVICES, | )<br>)<br>) |
| Respondent. | )<br>)<br>)<br>) |

## CONSENT ORDER ON PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA *DUCES TECUM*

Before the Court is a Petition to Enforce Administrative Subpoena *Duces Tecum*. The Respondent contends that Wyoming Statute § 14-3-214 prevents voluntary compliance with the subpoena *duces tecum* and requires a court order compelling production. The Petitioners contend that the subpoena *duces tecum* issued pursuant to the Inspector General Act of 1978 (IGA) preempts Wyoming statutory provisions concerning confidentiality of the records at issue. This Court finds that the IGA allows for disclosure and the subpoena is within the authority of the Petitioners, the demand is not too indefinite, and the information sought is reasonably relevant. Therefore, **IT IS HEREBY ORDERED THAT**:

1. The Petition is **GRANTED**;

2. Within 30 days of the date of this Order, Respondent shall produce records

responsive to the subpoena *duces tecum*; and

3. Petitioner's use and redisclosure of records produced by Respondent shall be limited by the relevant provisions of the Privacy Act of 1974 and any other applicable Federal laws, regulations, and System of Record Notices.

DATED this 20TH day of February 2025.

*[signature]*
Scott W. Skavdahl
Chief United States District Court Judge

Approved as to form:

*[signature]*
Callie Papoulas
Senior Assistant Attorney General

*[signature]*
C. Levi Martin
Assistant United States Attorney

2